# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2011

143307

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In re Estate of ARNOLD E. MORTIMORE,
Deceased.

_____

RENEE HANNEMAN and DEAN
MORTIMORE,
      Appellees,

v

HELEN M. FISER,
      Appellant.

_____/

SC: 143307
COA: 297280
Shiawassee CC: 09-034102-DA

On order of the Court, the application for leave to appeal the May 17, 2011 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address what standards should apply and what factors a court should consider in determining whether a transaction was the product of undue influence where there is a fiduciary relationship between the parties.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2011

Clerk

y1019